**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,
Petitioner,
v.
John E Cantu, et al.,
Respondents.

No. CV-26-02888-PHX-JCH (CDB)

**ORDER**

The Court has reviewed Defendants' Response and Petitioner's Reply to Petitioner's Petition. Docs. 12, 13. Given Petitioner's removal to Equatorial Guinea, *see* Doc. 9, it appears the Court cannot grant the relief originally requested in the Petition. Petitioner's Notice of Removal does not request alternative substantive relief. *Id.* at 3. The Court will Order Petitioner to show cause why the Petition should not be dismissed as moot. Petitioner should explain what relief, if any, he is seeking and the proposed mechanism through which the Court may be able to grant that relief.

Accordingly,

**IT IS ORDERED** that Petitioner must show cause within **seven days** of the date of this order why the Petition should not be dismissed.

Dated this 11th day of May, 2026.

John C. Hinderaker
United States District Judge