**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

A.M.A.S.,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-02888-PHX-JCH (CDB)

**ORDER**

Before the Court is Petitioner's Unopposed Motion for Voluntary Dismissal (Doc. 16). Upon consideration, and good cause appearing,

**IT IS ORDERED granting** Petitioner's Motion (Doc. 16). The Petition for Writ of Habeas Corpus is **dismissed without prejudice**. The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 19th day of May, 2026.

John C. Hinderaker
United States District Judge